IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROUND ROCK RESEARCH, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 11-976-RGA |
| | : | |
| DELL, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |
| ROUND ROCK RESEARCH, LLC | : | |
| | : | |
| | : | Civil Action No. 11-977-RGA |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ACER, INC., ACER AMERICA CORPORATION, ACER AMERICAN HOLDINGS, INC. and GATEWAY, INC. | : | |
| | : | |
| Defendants. | : | |
| ROUND ROCK RESEARCH, LLC, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 11-1011 RGA |
| v. | : | |
| | : | |
| LENOVO HOLDING CO., INC., and LENOVO (UNITED STATES) INC. | : | |
| | : | |
| Defendants. | : | |

## ORDER

For the reasons stated in open court, this 13th day of December 2012, the motions to stay (D.I. 82 in 11-976, D.I. 57 in 11-977, and D.I. 52 in 11-1011) are **DENIED IN PART AND RESERVED IN PART** as to D.I. 82 & D.I. 57, and **DENIED** as to D.I. 52.

*[signature]*
UNITED STATES DISTRICT JUDGE