IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROUND ROCK RESEARCH LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 11-977-RGA |
| ACER INC., ACER AMERICA CORPORATION, ACER AMERICAN HOLDINGS INC., and GATEWAY INC., | : |
| Defendants. | : |

**ORDER**

The Court reserved decision on one aspect of Defendant's Motion to Stay (D.I. 57), which concerned the fact that the same '531 patent was at issue in another case (No. 12-569) assigned to Judge Robinson. (*See* D.I. 77 & 78). Since that time, I have construed two terms of the patent (D.I. 100), and the case has otherwise proceeded forward. I notice that the trial is scheduled for June 23, 2014 (three months before trial is scheduled in Judge Robinson's case). For all practical purposes, I have been treating the Motion as being denied. Therefore, to make it formal, the Motion to Stay (D.I. 57) is **DENIED**.

July 8, 2013
Date

Richard G. Andrews
United States District Judge